No. 450. UNITED STATES *v.* ATLANTIC MUTUAL INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *Oscar R. Houston* and *Leonard J. Matteson* for respondents.

No. 446. LIBBY, MCNEILL & LIBBY *v.* ALASKA INDUSTRIAL BOARD ET AL. C. A. 9th Cir. Certiorari denied. *R. E. Robertson* for petitioner.

No. 447. LIBBY, MCNEILL & LIBBY *v.* ALASKA INDUSTRIAL BOARD ET AL. C. A. 9th Cir. Certiorari denied. *R. E. Robertson* for petitioner.

No. 457. CHIARELLI ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Wm. Scott Stewart* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 459. SCHREYER ET AL. *v.* CASCO PRODUCTS CORP. C. A. 2d Cir. Certiorari denied. *David S. Day* for petitioners. *Stephen H. Philbin* and *David Goldstein* for respondent.

No. 467. ARMOUR & CO. *v.* LOUISIANA SOUTHERN RAILWAY CO. C. A. 5th Cir. Certiorari denied. *Paul E. Blanchard* and *Harry McCall* for petitioner. *Henry B. Curtis* for respondent.

No. 198, Misc. COBB *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Herman Phleger, Alvin J. Rock-*

*well* and *Allan H. Fish* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 207, Misc. FISHBAUGH *v.* ARMOUR & CO. ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Hilary W. Gans* and *Charles Markell, Jr.* for Armour & Co., respondent.

No. 209, Misc. DUNCAN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 217, Misc. FLETCHER ET AL. *v.* UNITED STATES ATOMIC ENERGY COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondent.

No. 236, Misc. SWAIN *v.* DUFFY, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 243, Misc. MCKENNA *v.* NEBRASKA ET AL. Supreme Court of Nebraska. Certiorari denied.

No. 248, Misc. KOVACIVICH *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 251, Misc. QUICK *v.* HARDIEK, CIRCUIT COURT CLERK. Supreme Court of Illinois. Certiorari denied.

No. 256, Misc. WOODS *v.* KING ET AL. Supreme Court of California. Certiorari denied.